UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSICA C., et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01025-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT AS UNNECESSARY<br><br>(ECF No. 6) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 9, 2013. On July 21, 2014, Plaintiff filed a motion to amend his complaint.

Plaintiff has not previously amended and therefore, he may amend once as a matter of right at this stage in the proceedings. Fed. R. Civ. P. 15(a)(1). As Plaintiff does not need leave of court to file an amended complaint, his motion is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

Dated:  **July 24, 2014**            /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE

1