# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA C., et al.<br><br>　　　　　Defendants. | 1:14-cv-01025-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION TO APPEAL AS MOOT<br>(ECF No. 7) |

　　　　Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on June 30, 2014, and consented to the jurisdiction of a United States Magistrate Judge.  (ECF Nos. 1, 5.)  On March 3, 2015, the Court dismissed this action based on Plaintiff's failure to state a claim and judgment was entered.  (ECF Nos. 16, 17.)  Plaintiff appealed on March 12, 2015, and the appeal was processed to the Ninth Circuit on March 13, 2015.  (ECF Nos. 18, 19.)

　　　　On March 23, 2015, Plaintiff filed a motion requesting permission to appeal, along with a request for all the necessary forms and records for an appeal.  (ECF No. 23.)  Plaintiff's request is unnecessary because his appeal has been processed to the Ninth Circuit.  Accordingly, Plaintiff's motion requesting permission to appeal is HEREBY DENIED as moot.

IT IS SO ORDERED.

　　Dated:　**March 25, 2015**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE